AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Janet Beppler, Admin of Estate of Jeffrey Eastman ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  3:22-cv-03052-RM-KLM |
| Wexford Health Sources, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Janet Beppler, as Administrator of the Estate of Jeffrey Eastman,                                         .

Date:   04/14/2022

s/Sarah Grady
*Attorney's signature*

Sarah Grady  6312933
*Printed name and bar number*

Loevy & Loevy
311 N. Aberdeen, FLR 3
Chicago, IL 60607
*Address*

sarah@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5900
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Janet Beppler, Admin of Estate of Jeffrey Eastman ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  3:22-cv-03052-RM-KLM |
| Wexford Health Sources, et al. ) | |
| *Defendant* ) | |

## CERTIFICATE OF SERVICE

I certify that on  04/14/2022 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

_____,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

s/Sarah Grady
*Attorney's signature*

Sarah Grady  6312933
*Printed name and bar number*

Loevy & Loevy
311 N. Aberdeen, FLR 3
Chicago, IL 60607
*Address*

sarah@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5900
*Fax number*