050049/21723/JNR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| JANET BEPPLER, AS ADMINISTRATOR OF THE ESTATE OF JEFFREY EASTMAN, | |
| Plaintiff, | |
| v. | No. 22-cv-3052 |
| WEXFORD HEALTH SOURCES, INC., GEORGE DUNCAN, AMBER BRAUN, CHELSEY DAVIS, CAROL MANSFIELD, T. MARTY, AND PERCY MYERS, | Judge Sue E. Myerscough |
| Defendants. | |

## CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENT

To:   See Attached Service List

The undersigned, under penalties as provided by law states that on February 17, 2023, the following discovery document was served by emailing a copy to each person to whom directed:

**Defendant Duncan's Answers to Interrogatories**

　　　　　　　　　　　　　　　　　　　　　/s/ Joy C. Syrcle
　　　　　　　　　　　　　　　　　　Attorneys for WEXFORD HEALTH
　　　　　　　　　　　　　　　　　　SOURCES, INC., DR. GEORGE DUNCAN,
　　　　　　　　　　　　　　　　　　DR. PERCY MYERS, CAROL
　　　　　　　　　　　　　　　　　　MANSFIELD, AMBER BRAUN,
　　　　　　　　　　　　　　　　　　CANDICE DAVIS and TIFFANY MARTZ

Joy C. Syrcle
6302066
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jsyrcle@cassiday.com

**SERVICE LIST**

Sarah C. Grady
Howard Kaplan.
Kaplan & Grady
1953 N. Clybourn Avenue, Suite 274
Chicago, IL 60614

11326581