050049/21723/JNR

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| JANET BEPPLER, AS ADMINISTRATOR OF THE ESTATE OF JEFFREY EASTMAN, <br><br> Plaintiff, <br><br> v. <br><br> WEXFORD HEALTH SOURCES, INC., GEORGE DUNCAN, AMBER BRAUN, CHELSEY DAVIS, CAROL MANSFIELD, T. MARTY, AND PERCY MYERS, <br><br> Defendants. | No. 22-cv-3052 <br><br> Judge Colleen R. Lawless |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that effective **October 30, 2023**, the law firm of CASSIDAY SCHADE LLP has moved and their new office address is:

| | |
|---|---|
| Firm: | Cassiday Schade LLP |
| Street Address: | 2040 West Iles Avenue, Suite B |
| City/State/Zip: | Springfield, IL 62704 |
| Phone Number: | (217) 572-1714 |
| | (217) 572-1613 (Fax) |

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Joy C. Syrcle
Attorneys for WEXFORD HEALTH SOURCES, INC., DR. GEORGE DUNCAN, DR. PERCY MYERS, CAROL MANSFIELD, AMBER BRAUN, CANDICE DAVIS and TIFFANY MARTZ

Joy C. Syrcle
ARDC No. 6302066
CASSIDAY SCHADE LLP
2040 West Iles Avenue, Suite B
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jsyrcle@cassiday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2023, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Sarah C. Grady
Howard Kaplan
David A. Schmutzer
Nabihah Maqbool
Kaplan & Grady
1953 N. Clybourn Avenue
Suite 274
Chicago, IL 60614
(312) 852-2184
sarah@kaplangrady.com
david@kaplangrady.com
nabihah@kaplandgrady.com

/s/ Joy C. Syrcle

11621763