AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | |
|---|---|
| Janet Beppler, | ) |
| *Plaintiff* | ) |
| v. | ) |
| Wexford Health Sources, et al., | ) |
| *Defendant* | ) |

Case No.   3:22-cv-03052

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Janet Beppler as Administrator of the Estate of Jeffrey Eastman.                          .

Date:   04/28/2025

/s/ Annie Prossnitz
*Attorney's signature*

Annie Prossnitz, 6336590
*Printed name and bar number*

Kaplan & Grady LLC
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614

*Address*

prossnitz@kaplangrady.com
*E-mail address*

(312) 852-2184
*Telephone number*

(312) 626-2464
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Janet Beppler, | ) |
| *Plaintiff* | ) |
| v. | )    Case No.   3:22-cv-03052 |
| Wexford Health Sources, et al., | ) |
| *Defendant* | ) |

CERTIFICATE OF SERVICE

I certify that on  04/28/2025 , I electronically filed the foregoing with the Clerk of the

Court using the CMECF system which will send notification of such filing to the following:

 Counsel of record ,

and I certify that I have mailed by the United States Postal Service the document to the following

non CMECF participants:

.

/s/ Annie Prossnitz
*Attorney's signature*

Annie Prossnitz, 6336590
*Printed name and bar number*

Kaplan & Grady LLC
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614
*Address*

prossnitz@kaplangrady.com
*E-mail address*

(312) 852-2184
*Telephone number*

(312) 626-2464
*Fax number*