# IDFPR
## Illinois Department of Financial and Professional Regulation
### Division of Professional Regulation

www.idfpr.illinois.gov

| JB PRITZKER | MARIO TRETO, JR. | CAMILE LINDSAY |
|---|---|---|
| Governor | Secretary | Acting Director |

February 5, 2025

*Sent via email only:*
*amelia@kaplangrady.com*

Amelia Caramadre
Kaplan & Grady LLC
2071 N. Southport Ave., Suite 205
Chicago, IL 60614

> RE:   **Beppler v. Wexford Health Sources, Inc. et al., C.C. Ill.
> No. 22-cv-3052**

Dear Amelia Caramadre:

I am writing in response to your subpoena requesting:

*"All documents, including disciplinary files, complaints, investigative documents, reports of judgments/settlements, and the like regarding the following individuals"*:

*George Duncan*
*Percy Meyers ("Myers")*
*Candice Davis*
*Amber Braun*
*Carol Mansfield; and*
*Tiffany Martz*

The Subpoena Request Response is based upon the narrowing of the Subpoena Request via phone conversation on January 30, 2025 with DPR'S Assistant General Counsel to narrow the scope of the Subpoena Requests to produce complaints, disciplinary history or settlements.

**(Page 2 No. 22-cv-3052)**

A search and review of Department records indicates that there are no records responsive to your request.

    Additionally, pursuant to the Medical Practice Act, all information gathered by the Department during its investigation including information subpoenaed under Section 23 or 38 of this Act and the investigative file shall be kept for the confidential use of the Secretary, Disciplinary Board, the Medical Coordinators, persons employed by contract to advise the Medical Coordinator or the Department, the Disciplinary Board's attorneys, the medical investigative staff, and authorized clerical staff, as provided in this Act and shall be afforded the same status as is provided information concerning medical studies in Part 21 of Article VIII of the Code of Civil Procedure, except that the Department may disclose information and documents to a federal, State, or local law enforcement agency pursuant to a subpoena in an ongoing criminal investigation to a health care licensing body of this State or another state or jurisdiction pursuant to an official request made by that licensing body. Furthermore, information and documents disclosed to a federal, State, or local law enforcement agency may be used by that agency only for the investigation and prosecution of a criminal offense or, in the case of disclosure to a health care licensing body, only for investigations and disciplinary action proceedings with regard to a license issued by that licensing body. (225 ILCS 60/36 (e).

Please do not hesitate to contact me with any questions or concerns.

        Respectfully,

        Gwendolyn R. Payton
        Assistant General Counsel
        Illinois Department of Financial & Professional
        Regulation, Division of Professional Regulation
        Email: gwendolyn.r.payton@illinois.gov