**IDFPR**
Illinois Department of
Financial and Professional Regulation
Division of Professional Regulation

www.idfpr.illinois.gov

| JB PRITZKER | MARIO TRETO, JR. | CAMILE LINDSAY |
|---|---|---|
| Governor | Secretary | Acting Director |

May 1, 2025

*Sent via email only:*
*amelia@kaplangrady.com*

Amelia Caramadre
Kaplan & Grady LLC
2071 N. Southport Ave., Suite 205
Chicago, IL 60614

RE:   Beppler v. Wexford Health Sources, Inc. et al., C.C. Ill.
        No. 22-cv-3052

Dear Amelia Caramadre:

I am writing in response to your subpoena requesting:

*"All documents, including disciplinary files, complaints, investigative documents, reports of judgments/settlements, and the like regarding the following individuals"*:

*George Duncan*-LICENSED DENTIST
*Percy Meyers ("Myers")*- LICENSED PHYSICIAN AND SURGEON
*Candice Davis*-REGISTERED PROFESSIONAL NURSE
*Amber Braun*-REGISTERED PROFESSIONAL NURSE
*Carol Mansfield*-REGISTERED PROFESSIONAL NURSE
 and
*Tiffany Martz*-REGISTERED PROFESSIONAL NURSE

This Response is a revised response. Please disregard the previous response dated February 5, 2025. This Subpoena Request Response is based upon the narrowing of the Subpoena Request via phone conversation on January 30, 2025 with DPR'S Assistant General Counsel to narrow the scope of the Subpoena Requests to produce complaints, disciplinary history or settlements.

**(Page 2 No. 22-cv-3052)**

A search and review of Department records indicates that there are no records responsive to your request for: Candice Davis; Amber Braun; Carol Mansfield and Tiffany Martz.

In addition, The Department declines to produce investigatory records on Percy Myers (LICENSED PHYSICIAN AND SURGEON) and George Duncan (LICENSED DENTIST) based on the confidentiality provisions in the Medical Practice Act (225 ILCS 60/36 (e)) and Dental Practice Act (225 ILCS 25/25.1(c) (f)), respectively.

> Pursuant to the Medical Practice Act, all information gathered by the Department during its investigation including information subpoenaed under Section 23 or 38 of this Act and the investigative file shall be kept for the confidential use of the Secretary, Disciplinary Board, the Medical Coordinators, persons employed by contract to advise the Medical Coordinator or the Department, the Disciplinary Board's attorneys, the medical investigative staff, and authorized clerical staff, as provided in this Act and shall be afforded the same status as is provided information concerning medical studies in Part 21 of Article VIII of the Code of Civil Procedure, except that the Department may disclose information and documents to a federal, State, or local law enforcement agency pursuant to a subpoena in an ongoing criminal investigation to a health care licensing body of this State or another state or jurisdiction pursuant to an official request made by that licensing body. Furthermore, information and documents disclosed to a federal, State, or local law enforcement agency may be used by that agency only for the investigation and prosecution of a criminal offense or, in the case of disclosure to a health care licensing body, only for investigations and disciplinary action proceedings with regard to a license issued by that licensing body. (225 ILCS 60/36 (e)).

Pursuant to the Dental Practice Act, 225 ILCS 25/25.1 (c)(f):

(c) Any review of an individual patient's records shall be conducted by the Department in strict confidentiality, provided that the patient records shall be admissible in a disciplinary hearing before the Secretary, the Board, or a hearing officer designated by the Department when necessary to substantiate the grounds for discipline alleged against the dentist or dental hygienist licensed under this Act.

> (f) All information gathered by the Department during any investigation, including information subpoenaed under this Act and the investigative file, shall be kept for the confidential use of the Secretary, the dental coordinator, the Board's attorneys, the dental investigative staff, authorized clerical staff, and persons employed by contract to advise the dental coordinator or the Department as provided in this Act, except that the Department may disclose information and documents to (i) a federal, State, or local law

enforcement agency pursuant to a subpoena in an ongoing criminal investigation or (ii) a dental licensing authority of another state or jurisdiction pursuant to an official request made by that authority. Any information or documents disclosed by the Department to a federal, State, or local law enforcement agency may only be used by that agency for the investigation and prosecution of a criminal offense. Any information or documents disclosed by the Department to a dental licensing authority of another state or jurisdiction may only be used by that authority for investigations and disciplinary proceedings with regards to a license.

Also, please find attached an updated Privilege Log relating to Percy Myers and George Duncan. Please note that there were no disciplines for Percy Myers and George Duncan. Please disregard the previous privilege log sent on March 19, 2025.

Please do not hesitate to contact me with any questions or concerns. I can be reached at the email address below and at (312) 814-1949 via phone.

    Respectfully,

    Gwendolyn R. Payton
    Assistant General Counsel
    Illinois Department of Financial & Professional
    Regulation, Division of Professional Regulation
    Email: gwendolyn.r.payton@illinois.gov